IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ELISABETH STURGILL,<br><br>     Plaintiff,<br><br>v.<br><br>THE BOILERMAKER-BLACKSMITH NATIONAL PENSION TRUST,<br><br>     Defendant. | Case No. 1:19-cv-925-JPW<br>(Honorable Jennifer P. Wilson) |

### ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

The Court, after considering the parties' briefs, hereby **GRANTS** Defendant's Motion for Summary Judgment (Doc. __).  It is therefore **ORDERED** that:

1. Defendant's Motion for Summary Judgment is granted.

2. The Clerk is instructed to close this case.


By the Court: _____