IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ELISABETH STURGILL,<br><br>　　Plaintiff,<br><br>v.<br><br>THE BOILERMAKER-BLACKSMITH<br>NATIONAL PENSION TRUST,<br><br>　　Defendant. | Case No. 1:19-cv-925-JPW<br>(Honorable Jennifer P. Wilson) |

## DECLARATION OF CHRISTINE KING

I, Christine King, being of lawful age, do hereby declare:

1. I am the Assistant Lead Director of the Pension Trust.

2. Exhibit 1 is a true and accurate copy of relevant portions of the Thirteenth Restatement of the Pension Plan Document.

3. Exhibit 2 is a true and accurate copy of the Administrative Appeal file for Plaintiff's appeal, which consists of the documents presented to the Board of Trustees when they evaluated Plaintiff's appeal.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on September 11, 2020.

　　　　　　　　　　　　　　　　　　　　　　　／s／ Christine King
　　　　　　　　　　　　　　　　　　　　　　　Christine King

1